| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>JOLLY, E. GRADY | 2. Court or Organization<br><br>COURT OF APPEALS FIFTH | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>245 E. CAPITOL, RM 202<br>JACKSON, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | MADDEN GROUP |
| 2. DIRECTOR | FEDERAL JUDGES ASSOCIATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2006 MAY 22 A 10: 56

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Design III Partnership owner and worked doing foral arrangements. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association | Travel and expenses attending board meeting; Washington, DC; May 13-May 16, 2005. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorpsouth Money Market Acc't IRA ● | A | Interest | J | T | | | | | |
| 2. Trustmark Bank Acc't ● | | None | | | CLOSED | 2/15 | J | | |
| 3. Analysts International Com Stk. | | None | J | T | | | | | |
| 4. Snopes Corp. Common Stock | A | Interest | J | U | BUY/SELL | VAR | N | A | SEE NOTE #2 |
| 5. Gold Bullion 23 oz. | | None | J | T | | | | | |
| 6. Silver Bullion 850 oz. | | None | J | T | | | | | |
| 7. Fred's Inc. Common Stock | A | Dividend | K | T | | | | | |
| 8. Madden Group Partnership, Jackson, MS | A | Interest | K | T | BUY/SELL | VAR | N | C | SEE NOTE #1 |
| 9. Trustmark Bank Acc't ● | A | Interest | J | T | | | | | |
| 10. Trustmark Bank Acc't ● | A | Interest | J | T | | | | | |
| 11. Trustmark Bank Acc't | | None | J | T | | | | | |
| 12. Trustmark Bank Acc't | A | Interest | L | T | | | | | |
| 13. Trustmark Bank Acc't ● | A | Interest | J | T | | | | | |
| 14. Earnest Partners Fixed Income Tr/99 Investek Fixed Inc Tr | A | Dividend | | | SELL | 2/22 | J | A | |
| 15. Invest Co Am Cl F - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 16. Growth Fd of Am Cl F - IRA | A | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 17. Columbia Acorn Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOLLY, E. GRADY | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Delaware Diversified Inc Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 19. First Eagle Global Fd Cl A - IRA | A | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 20. Lord Abbett Mid Cap Val Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 21. Pimco Real Return Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 22. Pioneer High Yield Fd Cl A - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 23. UBS Global Allocation Fd Cl A - IRA | A | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 24. UBS Pace M/M Inv Fd Cl P - IRA | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 25. Growth Fd of Am Cl F | A | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 26. Calamos Gr Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 27. Columbia Acorn Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 28. First Eagle Global Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 29. Pimco High Yield Fd Cl A | A | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 30. Pioneer High Yield Fd Cl A | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 31. UBS Global Allocation Fd Cl A | B | Dividend | K | T | BUY | VAR | J | | REINVEST DIV |
| 32. UBS Pace M/M Inv Fd Cl P | A | Dividend | J | T | BUY | VAR | J | | REINVEST DIV |
| 33. Delaware Diversified Income Fund Class A | A | Dividend | J | T | BUY | 2/16 | J | | |
| 34. UBS Dynamic Alpha Fund Class A | A | Dividend | J | T | BUY | 2/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UBS Global Allocation Fund Class A | A | Dividend | J | T | BUY | 2/16 | J | | |
| 36. UBS Pace M/M Investment Fund Class P | A | Dividend | J | T | BUY | 2/16 | J | | |
| 37. Van Kampen Comstock Fund Class A | A | Dividend | J | T | BUY | 2/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note #1: Item # 8 is a commodity trading investment partnership which is handled through McVean Trading Company. All investment decisions are made by the broker. Per our phone coversation with your office, these funds are determined to be exempted from detail reporting of each trade, the same as a mutual fund.
Note # 2: Item #4 Snopes Corp traded in IRC Section 1256 contracts reporting a loss of $1315 on 2005 K-1 for taxpayer.

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____15 May 06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544